IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| VANCE DOTSON,<br><br>    Plaintiff,<br><br>v.<br><br>MILLENNIUM FINANCIAL GROUP, LLC, and<br>ENHANCED RECOVERY COMPANY, LLC, and<br>AMERICAN COLLECTION SERVICES, INC.,<br>d/b/a AMERICAN MANAGEMENT SERVICES,<br>INC.<br><br>    Defendants. | Case No. 5:22-cv-00204-HE |

## WITHDRAWAL OF NOTICE OF SETTLEMENT

On or about April 11, 2022, Defendant Millennium Financial Group, Inc. (Millennium) filed with this Court Millennium's Notice of Settlement. Also on April 11, 2022, Plaintiff Vance Dotson (Plaintiff) gave counsel for Millennium permission to file said Notice based upon a tentative settlement of Plaintiff's claims against Millennium in this matter. It has now come to the attention of Millennium that the status of Plaintiff to bring or settle any claim in this matter against Millennium is in doubt and, therefore, Millennium withdraws its Notice of Settlement.

On or about April 22, 2022, Saysha Orange (Orange) filed her Motion to Intervene in this matter based upon her contention that an assignment of her claims against Millennium (and others) dated August 2, 2021, was on or about April 7, 2022, as agreed by both her and Plaintiff, to be nullified (see Saysah Orange's Motion to Intervene, ECF document entry number 14 in this matter). As a result, if Orange's statement in her Motion to Intervene regarding the assignment of her claims as to Millennium is correct, Plaintiff had no authority to agree on April 11, 2022, to a

settlement of the alleged claims, since any such assignment was purportedly nullified on April 7, 2022.  Millennium will file additional appropriate pleadings forthwith.

<div style="margin-left: 50%;">

Respectfully submitted,

**s/Robert G. Cass**
Robert G Cass, OBA # 13671
Cass Law Office
12309 S. 18th Street
Jenks, OK  74037
Telephone:  918-808-6212
rcassabc@cox.net
**Attorney for Defendant**
**Millennium Financial Group, LLC**

</div>

## CERTIFICATE OF SERVICE

I certify that on this 9th day of May 2022, I served this document on Plaintiff (who is not a registered participant of the Electronic Case Filing System) via electronic mail (with prior permission of Plaintiff) as follows:

Vance Dotson
VanceDotson @yahoo.com
425 W. Wilshire Boulevard, Suite E
Oklahoma City, OK  73116

I further certify that on this 9th day of May 2022, I electronically transmitted this document to the Clerk of this Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert E. Norman, Esq.
Lindsay N. Kistler, Esq.
Jeffrey A. Wilson, Esq.